UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: | Case No. |
|---|---|
| Yolanda D Richards | 11-35509-jes |
| Beverly Gatewood | 11-35866-jes |
| Gary S Thundercloud & Patti J Thundercloud | 11-36427-jes |
| Karla M Gones & Steven C Gones | 11-36565-jes |
| Vankiesha L Young | 11-36566-jes |
| William B Van Valkenburgh & Ilva E Van Valkenburgh | 11-36943-jes |
| Carol A Scheidt | 11-37927-jes |
| Bret C Beckman | 11-38310-jes |
| Rahsuol S Ali | 11-38338-jes |
| Nakeesha Weary | 11-38535-jes |
| Debena A Price | 11-38753-jes |
| Neosha L Thornton | 11-39017-jes |
| State of Wisconsin V. Thornton | 12-02242-jes |
| State of Wisconsin v. Tate | 12-02276-jes |
| Monique D Howard | 12-20006-jes |
| Dasean L Jackson | 12-20146-jes |
| Cassandra Tate | 12-20270-jes |
| Majeed A Salako & Titilolo O Salako | 12-20272-jes |
| Diana L Anderson | 12-20346-jes |
| Corey W Jenkins & Shirelle D Jenkins | 12-20863-jes |
| Cassondra C House | 12-21257-jes |
| Anita M Gama & Herbert Gama | 12-21410-jes |
| Monique L McCants | 12-21993-jes |
| Evette Carney | 12-22734-jes |
| Kristen Lacefied & Jeffrey Lacefield | 12-22735-jes |
| Eric J Woods | 12-23065-jes |
| Edwin Maisonet | 12-23177-jes |
| Natasha R Byrd | 12-24834-jes |
| Clifford T Brown & Machelle A Brown | 12-24835-jes |
| Tevya T Toole | 12-24838-jes |
| Randall R Madison | 12-25549-jes |
| Trina T Gibson | 12-25652-jes |

STIPULATION FOR SUBSTITUTION OF COUNSEL

As of July 12, 2012, Attorney Anton B. Nickolai is no longer employed by DeLadurantey Law Office, LLC. As such, Attorney Anton B. Nickolai and Attorney Nathan E. DeLadurantey move the Court to approve their Stipulation whereby Attorney Nathan E. DeLadurantey of

DeLadurantey Law Office, LLC, shall be Substituted as Counsel of Record for Attorney Anton B. Nickolai in the above-captioned cases.

In support of this stipulation the undersigned state the following:

1. That the court has jurisdiction in this proceeding pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.
2. That effective July 12, 2012, Attorney Anton B. Nickolai will no longer be working for DeLadurantey Law Office, LLC.
3. That the contractual agreement that each Debtor(s) signed to retain DeLadurantey Law Office, LLC specifically provides that the firm, in its entirety, represents each Debtor(s).
4. That each Debtor(s) is still represented by DeLadurantey Law Office, LLC, and the fact that Attorney Anton B. Nickolai is no longer emploeyd by the firm does not affect and has not affected their representation in their respective bankruptcy proceedings in any way.

**WHEREFORE**, the undersigned move the Court for the following relief:

A. For an Order substituting Nathan E. DeLadurantey as the correct Attorney of Record for the bankruptcy of the above-named debtor(s), and that the Order be retroactively effective to July 11, 2012.
B. For an Order instructing the Clerk to rmove Attorney Anton B. Nickolai's name from the PACER CM/ECF case management system for the above named debtor(s).
C. For an Order declaring that the debtor(s) representation by DeLadurantey Law Office, LLC is not affect by this stipulation.
D. For any such relief that is just and equitable.

Dated: <u>July 23, 2012</u>.

      DeLadurantey Law Office, LLC

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

/s/
By: Anton B. Nickolai
State Bar No. 1060676

2

Case 12-20006-svk    Doc 16    Filed 07/23/12    Page 2 of 2